**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

William Steiner
         Plaintiff,

v.                Case No.: 1:14–cv–06509
               Honorable Manish S. Shah

Albert J. Budney, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2014:

  MINUTE entry before the Honorable Manish S. Shah: Counsel for the parties advise the court that they are pursuing a proposed settlement of this case and related matters in the Wisconsin State Court. Status hearing previously set for 12/15/14 at 9:30 a.m. is hereby stricken and reset to 3/11/15 at 9:30 a.m. No later than 3/6/15 the parties shall file a joint status report updating the court on the status of the settlement agreement. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.