# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM STEINER, | ) | Case No. 1:14-cv-06509 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge: Honorable Manish S. Shah |
| ALBERT J. BUDNEY., et al., | ) | |
| Defendants. | ) | |
| | ) | |
| TRI-STATE JOINT FUND, on behalf of itself and all others similarly situated, | ) | Case No. 1:14-cv-06816 |
| Plaintiff, | ) | **DEFENDANTS' NOTICE OF PRESENTMENT OF DEFENDANTS' UNOPPOSED JOINT MOTION TO REASSIGN RELATED CASES** |
| v. | ) | |
| INTEGRYS ENERGY GROUP, INC., et al., | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF PRESENTMENT OF MOTION TO REASSIGN RELATED CASES

PLEASE TAKE NOTICE that on Tuesday, December 16, 2014 at 9:45 a.m. or as soon thereafter as they may be heard, Defendants Albert J. Budney, Jr., William J. Brodsky, Ellen Carnahan, Michelle L. Collins, Kathryn M. Hasselbald-Pascale, John W. Higgins, Paul W. Jones, Holly Keller Koeppel, Michael E. Lavin, William F. Protz, Jr., Charles A. Schrock, Integrys Energy Group, Inc., Gale E. Klappa, and Wisconsin Energy Corporation (collectively, "Defendants") shall appear by their counsel before the Honorable Judge Manish S. Shah or any judge sitting in his stead in Courtroom 1719 of the U.S. District Court for the Northern District

of Illinois, Eastern Division, 219 South Dearborn St., Chicago, IL and shall present their Unopposed Joint Motion to Reassign Case No. 1:14-cv-06816, *Tri-State Joint Fund v. Integrys Energy Group, Inc.* to Judge Shah.

Dated this 10th day of December, 2014.

    s/William J. Katt, Jr.
    William J. Katt, Jr.
    FOLEY & LARDNER LLP – Firm ID 17190
    321 North Clark Street, Suite 2800
    Chicago IL 60654-5313
    (312) 832-4500 (phone)
    (312) 832-4700 (facsimile)
    Email: wkatt@foley.com

    Bryan B. House
    FOLEY & LARDNER LLP
    777 East Wisconsin Avenue
    Milwaukee WI 53202-5306
    (414) 297-5554 (phone)
    (414) 297-4900 (facsimile)
    Email: bhouse@foley.com

    OF COUNSEL:

    Sandra C. Goldstein
    CRAVATH, SWAINE & MOORE LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019
    (212) 474-1075 (phone)
    (212) 474-3700 (facsimile)
    sgoldstein@cravath.com

    *Attorneys for the Integrys Defendants*

    s/E. King Poor
    E. King Poor
    Christopher J. Zdarsky
    QUARLES & BRADY LLP (Firm ID 36566)

300 North LaSalle Street, Suite 4000
Chicago IL  60654
(312) 715-5000 (phone)
(312) 715-5155 (facsimile)

*Attorneys for Defendant Wisconsin Energy Corporation and Gale E. Klappa*

4812-7045-0720.1